IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| TAY TAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-00501-NJR |
| ) | |
| JOHN BALDWIN, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Tay Tay, by her undersigned attorneys, respectfully moves this Court for leave to file Exhibits 1, 2, 4, and 5 in support of her July 26, 2019 motion for a temporary restraining order and preliminary injunction under seal and in support states as follows:

1. On July 26, 2019, Plaintiff is filing a motion for a temporary restraining order and preliminary injunction regarding her recent involuntary transfer to the Elgin Treatment Center psychiatric hospital.

2. Plaintiff's motion references and attaches some of her mental health treatment records, in particular, Exhibits 1 and 4, as well as emails and a deposition transcript that discuss Plaintiff's protected health information, in particular Exhibits 2 and 5.

3. These documents contain sensitive mental health information as well as personal identifiers and other private information.

4. No party will be prejudiced by keeping them out of the public record.

WHEREFORE, Plaintiff respectfully requests that she be allowed to file Exhibits 1, 2, 4, and 5 in support of her July 26, 2019 motion for a temporary restraining order and preliminary injunction under seal.

Respectfully submitted,

**TAY TAY**

By: /s/ Vanessa del Valle
　　One of her attorneys

Sheila A. Bedi
Vanessa del Valle
Roderick and Solange MacArthur Justice Center
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-1271
sheila.bedi@law.northwestern.edu
vanessa.delvalle@law.northwestern.edu

Alan Mills
Elizabeth Mazur
Uptown People's Law Center
4413 N. Sheridan
Chicago, IL 60640
(773) 769-1411
alan@uplcchicago.org
liz@uplcchicago.org

### CERTIFICATE OF SERVICE

　　The undersigned, an attorney, certifies that she served the foregoing document upon all persons who have filed appearances in this case via the Court's CM/ECF system on July 26, 2019.

/s/ Vanessa del Valle