IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TAY TAY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 19-cv-00501-NJR** |
| | ) | |
| JEFF DENNISON, LU WALKER, | ) | |
| KRISTEN HAMMERSLEY, LARRY | ) | |
| HICKS, JERID PICKFORD, JOE | ) | |
| GARRETT, JAMIN SORIA, CHARLES | ) | |
| CAMPBELL, GREGORY STUCK, and | ) | |
| ROB JEFFREYS, | ) | |
| | ) | |
| **Defendants.** | ) | |

## PRELIMINARY INJUNCTION

**ROSENSTENGEL, Chief Judge:**

Pursuant to *MillerCoors LLC v. Anheuser-Busch Companies, LLC*, 940 F.3d 922 (7th Cir. 2019), and the Court's Memorandum and Order entered this day (Doc. 132), the Court **ORDERS** Defendants, within **21 days** of this Order, to develop an individualized case management plan for Plaintiff that takes into consideration Plaintiff's need for safety, her past history of victimization, her medical and psychiatric history, all PREA standards, and the expert witness opinions set forth in this Order and to **file that plan with the Court** no later than **May 22, 2020**.

**IT IS SO ORDERED.**

**DATED:  May 1, 2020**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**